# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: DONN ALAN DITTER  
        875 SUNVIEW RD  
        REYNOLDSBURG, OH 43068

Case No: 10-63524

Chapter 13

Judge: C KATHRYN PRESTON

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on November 16, 2010.  
The plan was confirmed on January 20, 2011.  
The Case was concluded on January 11, 2016.

    A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.  
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

    RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors: 77,340.00

DISBURSEMENTS TO CREDITORS:  
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BK<br>00006      Unsecured | 18.88 | 0.00 | 0.00 | 18.88 |
| AT&T Bankruptcy<br>00007      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00005      Priority | 122.61 | 92.02 | 0.00 | 30.59 |
| ATTORNEY GENERAL STATE OF OHIO<br>00022      Unsecured | 0.23 | 0.00 | 0.00 | 0.23 |
| Cardinal Orthopaedic Institute<br>00010      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS INC<br>00012      Unsecured | 0.61 | 0.00 | 0.00 | 0.61 |
| CREDIT FIRST<br>00014      Unsecured | 3.20 | 0.00 | 0.00 | 3.20 |
| DONN ALAN DITTER<br>00000      Debtor Refund | 0.00 | 60.00 | 0.00 | 0.00 |
| Fairfield Physicians Inc.<br>00013      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| FRANCIS APPRAISAL GROUP<br>00021    Appraiser | 325.00 | 325.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>00009    Unsecured | 23.99 | 0.00 | 0.00 | 23.99 |
| MT CARMEL HEALTH<br>00016    Unsecured | 0.88 | 0.00 | 0.00 | 0.88 |
| Ohio Health Business Office<br>00017    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PNC BANK<br>00002    Pre-Pet MTG Arrears | 1,738.88 | 1,423.30 | 0.00 | 315.58 |
| PNC BANK<br>00001    Mortgage | Continuing | 16,668.64 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00008    Unsecured | 72.98 | 0.00 | 0.00 | 72.98 |
| PRA REC AGENT OF PORTFOLIO<br>00011    Unsecured | 68.61 | 0.00 | 0.00 | 68.61 |
| PRA REC AGENT OF PORTFOLIO<br>00015    Unsecured | 71.40 | 0.00 | 0.00 | 71.40 |
| REICHERT FAMILY CHIROPRACTIC<br>00018    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SHEPPARD LAW OFFICES CO LPA<br>00019    Unsecured | 113.12 | 0.00 | 0.00 | 113.12 |
| Taylor Station Surgical Center<br>00020    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| WELLS FARGO<br>00003    Mortgage | Continuing | 45,323.63 | 0.00 | 0.00 |
| WELLS FARGO<br>00004    Pre-Pet MTG Arrears | 7,956.91 | 6,817.36 | 0.00 | 1,139.55 |
| Previously refunded during pendency of case | 60.00 | 60.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 9,695.79 | 447.61 | 37,389.65 | 0.00 | 60.00 | 47,593.05 |
| PRIN PAID | 8,240.66 | 417.02 | 0.00 | 61,992.27 | 60.00 | 70,709.95 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | | TOTAL PAID: | 70,709.95 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| James E Nobile | 3,100.00 | 3,100.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,584.50 | 0.00 | 5.55 | 3,590.05 |

Dated: 01/20/2016                                    /s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  DONN ALAN DITTER                                      Case No: 10-63524
        875 SUNVIEW RD
        REYNOLDSBURG, OH  43068                         Chapter 13

                                                                                                           Judge: C KATHRYN PRESTON

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                                                                                         /s/ Frank M. Pees
                                                                                         FRANK M. PEES TRUSTEE
                                                                                         130 E WILSON BRIDGE RD #200
                                                                                         WORTHINGTON, OH  43085-6300
                                                                                         (614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  DONN ALAN DITTER         Case No: 10-63524
        875 SUNVIEW RD
        REYNOLDSBURG, OH  43068         Chapter 13

        Judge: C KATHRYN PRESTON

## CERTIFICATE OF SERVICE

    I hereby certify that on January 20, 2016, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
James E Nobile

and on the following by **ordinary U.S. Mail** addressed to:

DONN ALAN DITTER
875 SUNVIEW RD
REYNOLDSBURG, OH  43068

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Ohio Department of Taxation
PO Box 530
Columbus, OH  432660030

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA  235410000

Wells Fargo Bank, N.A.
,  000000000

AT&T Bankruptcy
175 E. Houston St. &#035;100
San Antonio, TX  782580000

Alliance One
Po Box 3101
Southeastern, PA  193980000

American Collections Systems
2500 Corporate Exchanges
Suite 1520
Columbus, OH  432317665

American Express
PO Box 981535
El Paso, TX  799980000

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA  193550701

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Attorney General - Rev Rec
ATTN: Bankruptcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH  432150000

Balanced Healthcare Receivables
141 Burke St.
Nashua, NH  030600000

Bank of America
PO Box 15726
Wilmington, DE  198860000

Best Buy
PO Box 15221
Wilmington, DE  198505521

CREDIT ADJUSTMENTS INC
330 FLORENCE STREET
DEFIANCE, OH  435120000

Cardinal Orthopaedic Institute
170 Taylor Station Rd.
Columbus, OH  432130000

Chase
Cardmember Service
201 N. Walnut St. MS DE1-1406
Wilmington, DE  198012920

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE  198505145

Consultant Anesthesiologist
PO Box 347
Blacklick, OH  430040347

Credit Collection Services
PO Box 9134
Needham Heights, MA  024949134

Credit First
PO Box 81083
Cleveland, OH  441810000

Credit First NA
Po Box 818011
Cleveland, OH  441810000

Fairfield Physicians Inc.
Dept. L-3082
Columbus, OH  432600000

Fia Card Services NA As Successor In Interes
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE  197130000

Firestone Credit First
Po Box 81315
Cleveland, OH  441810000

Francis Appraisal Group
4801 Overcreek Place
Powell, OH  430658090

Home Depot Credit Svcs.
c/o CitiCard
PO Box 20483
Kansas City, MO  641950000

IQRS Inc.
PO Box 6870
Columbus, OH  432050103

Integrity Financial Partners
4370 W. 109th St. &#035;100
Leawood, KS  662110000

LDG Financial Services
7001 Peachtree Industrial Blvd
Norcross, GA  300920000

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Lerner Sampson & Rothfuss
PO Box 5480
Cincinnati, OH  452015480

Mount Carmel Health
Corporate Service Center
Customer Service 2nd Floor
6150 E Broad St
Columbus, OH  432130000

Mt. Carmel Health
PO Box 89458
Cleveland, OH  441010000

NCO Financial Systems
PO Box 17095
Wilmington, DE  198500000

Northstar LLC
4285 Genesee St.
Buffalo, NY  142250000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Dept. of Taxation
ATTN: Bankruptcy Division
PO Box 530
Columbus, OH  432660030

Ohio Health Business Office
5350 Frantz Rd.
Dublin, OH  430164259

PNC BANK
PO BOX 94982
CLEVELAND, OH  441010000

PNC Mortgage
3232 Newmark Dr.
Miamisburg, OH  453420000

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  235410000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 235410000

Reichert Family Chiropractic
1371 Brice Rd.
Reynoldsburg, OH 430680000

Reliant Capital Solutions, LLC
750 Cross Pointe Rd. &#035;G
Columbus, OH 432300000

Sheppard Law Offices
450 Alkyre Run Dr 330
Westerville, OH 430826911

Sheppard Law Offices
450 Alkyre Run Dr. &#035;330
Westerville, OH 430820000

Taylor Station Surgical Center
PO Box 14805
Columbus, OH 432140000

UCB Collections
5620 Southwyck Blvd
Toledo, OH 436140000

Wells Fargo Bank, N.A. (S.C.)
3476 Stateview Blvd
MAC &#035;7801-014
Ft Mill, SC 297150000

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 297150000

Donn Alan Ditter
875 Sunview Rd.
Reynoldsburg, OH 430680000

James E Nobile
Nobile & Thompson Co., L.P.A.
4876 Cemetery Road
Hilliard, OH 430260000

William B Logan
50 West Broad Street
Suite 1200
Columbus, OH 432150000