**10-63524UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In Re:

|   |   |
|---|---|
| : | Case No. 10-63524 |

Donn Alan Ditter                    :

|   |   |
|---|---|
| : | Chapter 7 |
| : | Judge Preston |

Debtor(s)

### NOTICE OF FILING OF CHANGE OF ADDRESS

Now come(s) the Debtor(s), Donn Alan Ditter, through counsel, who respectfully notify(ies) the Court that he has moved and that his new address is as follows:

14628 Upper Broad Street SW
Reynoldsburg, Ohio 43068

/s/ Matthew J. Thompson
Matthew J. Thompson (0040759)
**Nobile & Thompson Co., L.P.A.**
4876 Cemetery Road
Hilliard, Ohio 43026
(614) 529-8600 Phone
(614) 529-8656 Fax
mjthompson@ntlegal.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Filing of Change of Address was served upon Chapter 7 Trustee William B. Logan (wlogan@lnlattorneys.com, wlogan@ecf.epiqsystems.com) and The Office of the U.S. Trustee (ustpregion09.cb.ecf@usdoj.gov) by Electronic Notification and upon all creditors on the attached matrix by regular U.S. mail, postage pre-paid, on the 8th day of March, 2016.

/s/ Matthew J. Thompson
Matthew J. Thompson (0040759)
**Nobile & Thompson Co., L.P.A.**